UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE


10-ACIOUS, INC., et al.                                                          PLAINTIFFS


v.                                                            CIVIL ACTION NO. 3:11CV-395-S


GREEN HILLS VENTURES, LLC, et al.                                      DEFENDANTS


## <u>**MEMORANDUM OPINION AND ORDER**</u>


This matter is before the court on motion of the defendants, Green Hills Ventures, LLC;

GHV Fund, LP (collectively, the "Green Hills entities"); and Emanuel Martinez, to dismiss for lack

of personal jurisdiction and improper venue (DN 5).

This action arose from an unconsummated venture capital deal between the defendants,

purported private investment firms, and 10-Acious, Inc., a self-styled digital greeting card company.

The defendants contend that they did not have sufficient minimum contacts with Kentucky

upon which to premise personal jurisdiction. In support of their motion, the defendants have

provided the affidavit of defendant Emanuel Martinez, the managing director of Green Hills

Ventures, LLC.

The plaintiffs did not responded to the motion to dismiss. Instead, they filed an amended

complaint, as permitted by Fed.R.Civ.P. 15(a)(1)(B). An amended complaint supersedes all

previous complaints and becomes the only operative pleading. Thus it renders moot any pending

motion to dismiss the original complaint. *American Guarantee and Liability Insurance Company*

*v. CTA Acoustics, Inc.*, 2008 WL 1924229, *2 (E.D.Ky. April 29, 2008), *citing ABB, Inc. v. Reed*

*City Power Line Supply Co.,* 2007 WL 2713731, *1 (W.D.Mich. 2007); *Kentucky Press Association*

*v. Kentucky*, 355 F.Supp.2d 853, 857 (E.D.Ky. 2005); *see also, Washer v. Bullitt Co.*, 110 U.S. 558 (1884).

Therefore, motion having been made and the court being otherwise sufficiently advised, **IT IS HEREBY ORDERED AND ADJUDGED** that the motion of the defendants, Green Hills Ventures, LLC, *et al*., to dismiss (DN 5) is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

August 24, 2011

**Charles R. Simpson III, Judge**
**United States District Court**