## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION

| | |
|---|---|
| 10-ACIOUS, INC., et al. ) | |
| ) | |
| *Plaintiffs* ) | |
| ) | |
| v. ) | No. 3:11-cv-00395-CRS-JDM |
| ) | *Electronically Filed* |
| GREEN HILLS VENTURES, LLC, et al., ) | |
| ) | |
| *Defendants* ) | |

### AGREED ORDER OF DISMISSAL

By agreement of Plaintiff and Defendants, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED AND ADJUDGED** that all claims and counterclaims asserted in this action by all present and former parties, shall be and hereby are dismissed without prejudice, each party to bear his or its own costs and attorney fees.

IT IS FURTHER ORDERED that Plaintiffs' motion to dismiss Green Hills Ventures' counterclaims (DN# 28), and their motion to compel discovery (DN# 38) are DENIED as moot.

October 29, 2012

                                                 **Charles R. Simpson III, Judge**
                                                 **United States District Court**

AGREED TO:

/s/Michael A. Valenti
Michael A. Valenti
Lee S. Archer
Valenti Hanley & Robinson, PLLC
One Riverfront Plaza, Suite 1950
401 West Main Street
Louisville, Kentucky 40202
mvalenti@vhrlaw.com
larcher@vhrlaw.com
(502) 568-2100
Fax:502-568-2101
*Counsel for Defendants*

/s/Judson B. Wagenseller (with permission)
Judson B. Wagenseller
11921 Brinley Avenue
Louisville, KY 40243
Email: judwag@insightbb.com
(502) 410-6905
Fax: (502) 410-6902
*Counsel for Plaintiffs*